IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTONIO WHITLOW**
**ADC #160565**                                                                  **PETITIONER**

**v.**                      Case No. 5:17-cv-00331-KGB-PSH

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                     **RESPONDENT**

# ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 19). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 19). Accordingly, petitioner Antonio Whitlow's petition for writ of *habeas corpus* is dismissed with prejudice.

When entering a final order adverse to a *habeas corpus* petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

So ordered this the 3rd day of October, 2018.

                                                                                   Kristine G. Baker
                                                                                   United States District Judge