IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO WHITLOW
ADC #160565                                                                                        PETITIONER

v.                                  Case No. 5:17-cv-00331-KGB-PSH

WENDY KELLEY, Director
Arkansas Department of Correction                                                   RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Antonio Whitlow's petition and denies the requested relief.

So adjudged this the 3rd day of October, 2018.

                                                                              _____
                                                                              Kristine G. Baker
                                                                              United States District Judge